UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
v.                              )        No. 3:08-CR-47
                                )        (Phillips / Guyton)
FERNANDO LEAL-VALDEZ,           )
a/k/a John Doe                  )
                Defendant.      )

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on July 30, 2008, for arraignment of Fernando Leal-Valdez and a co-defendant. At that proceeding a request was made by counsel for Mr. Leal Valdez for a consultation between this defendant and Sonia Leal after court. Based upon the representation of the personal family necessity for such a meeting, the Court finds the request to be well-taken and it is GRANTED.

Accordingly, it is ordered that the United States Marshal shall accommodate a meeting between this defendant and Sonia Leal, following the instant proceeding, for not longer than ten minutes.

**IT IS SO ORDERED.**

                                ENTER:


                                _____s/ H. Bruce Guyton_____
                                United States Magistrate Judge